NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BALLY GAMING, INC.

---

2011-1132
(Reexamination No. 90/006,601)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

Bally Gaming, Inc. moves without opposition to revise the official caption and separately moves without opposition for an extension of time, until March 21, 2011, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

MAR 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Glenn E. Von Tersch, Esq.
Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK